| | |
|---|---|
| 1 | ASCENSION LAW GROUP |
| 2 | PAMELA TSAO( 266734) |
|   | 12341 Newport Ave., Suite B200 |
| 3 | North Tustin, CA 92705 |
|   | PH: 714.783.4220 |
| 4 | FAX: 888.505.1033 |
|   | Pamela.Tsao@ascensionlawgroup.com |
| 5 | |
|   | Attorneys for Plaintiff  HOANG MINH LE |
| 6 | |

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOANG MINH LE, an individual | Case No.: 5:21-cv-01318-JWH-SHK |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| vs. | |
| LA PEER INVESTMENTS, LLC, a limited liability company, | |
| Defendants. | [Assigned to Hon. John W. Holcomb] |

**PLEASE TAKE NOTICE** that Plaintiff HOANG MINH LE ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

(1) By the Plaintiff.

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant LA PEER INVESTMENTS, LLC, a limited liability company ("Defendant"), has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: November 2, 2021

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

HOANG MINH LE